# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| CARPEAH RUDOLPH NYENEKOR, SR., | * |
| | * |
| Petitioner, | *   CIVIL ACTION NO.: 2:17-cv-138 |
| | * |
| v. | * |
| | * |
| U.S. FEDERAL BUREAU OF PRISONS; and UNITED STATES OF AMERICA, | * |
| | * |
| Respondents. | * |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 3, to which Petitioner Carpeah Nyenekor ("Nyenekor") filed Objections, dkt. no. 6. Contrary to Nyenekor's assertions, the Magistrate Judge properly analyzed the applicability of habeas corpus law to Nyenekor's Petition.

Thus, the Court **OVERRULES** Nyenekor's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Nyenekor's 28 U.S.C. § 2241 Petition and **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

The Court **DENIES** Nyenekor *in forma pauperis* status on appeal.

**SO ORDERED**, this 9 day of March, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA